# Court of Appeals
# of the State of Georgia

ATLANTA,  February 20, 2015

*The Court of Appeals hereby passes the following order:*

**A15A0852.  PC PROCESSING, INC. f/k/a PC GENERAL AGENCY, INC. v. REORGANIZED HUMAN DYNAMICS CORP.**

This case was docketed on January 2, 2015, and Appellant filed its Brief and Enumerations of Error on January 22, 2015. Thereafter, on February 2, 2015, Appellee filed a Notice of Dismissal Without Prejudice of the underlying action in the Superior Court.

On February 2, 2015, Appellee filed a motion in this Court to supplement the appellate record, as well as a motion to dismiss this appeal as moot. Appellee seeks to supplement the appellate record with a copy of its Notice of Dismissal Without Prejudice, as well as a post-appeal order entered by the trial court.

Appellant objects to the dismissal of this case and has filed its own motion to supplement the appellate record with the entirety of the trial court's record, including a post-appeal hearing transcript.

Pursuant to Ga. Const. of 1983, Art. VI, Sec. IX, Par. II, this Court "shall dispose of every case at the term for which it is entered on the court's docket for hearing or at the next term." This two-term rule imposes a constitutional requirement for all docketed appeals to be pursued diligently and decided within the prescribed time limitation. In light of this constitutional requirement, Appellee's motion to dismiss is DENIED. Appellee's and Appellant's motions to supplement the record are also DENIED.

For the sake of judicial efficiency, we REMAND this case to the Superior Court of Fulton County for consideration of Appellee's Notice of Dismissal Without Prejudice. In the event this case is not dismissed, the entirety of the trial court's

record may then be re-filed and the case re-docketed with the Court of Appeals.



*Court of Appeals of the State of Georgia*

*Clerk's Office, Atlanta,*_____02/20/2015_____

*I certify that the above is a true extract from*

*the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court*

*hereto affixed the day and year last above written.*

_____ , *Clerk.*